# Court of Appeals
# of the State of Georgia

ATLANTA, June 21, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1460. BRIAYANG JOSE PORTILLO v. RAI VERTILLI ALEXANDER**

This appeal was docketed on May 9, 2024. The appellant requested an extension of time and was ordered to file his brief by June 17, 2024. The appellant has failed to file his brief by the date ordered. Because the appellant failed to comply with Court of Appeals Rule 23 (a), this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/21/2024

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*